Certificate Number: 05781-NJ-DE-036165572

Bankruptcy Case Number: 21-18814



05781-NJ-DE-036165572

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>November 28, 2021</u>, at <u>3:54</u> o'clock <u>PM PST</u>, <u>Victor Hernandez</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>November 28, 2021</u>              By:    <u>/s/Allison M Geving</u>

                                                               Name:  <u>Allison M Geving</u>

                                                               Title:   <u>President</u>